FILED
CLERK, U.S. DISTRICT COURT

Jul 15, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

1 SEAN GALLAGHER, Esq., Bar No. 183153
  sgallagher@deconsel.com
2 JODI SIEGNER, Bar No. 102884
  jsiegner@deconsel.com
3 members of
  DeCARLO & SHANLEY
4 A Professional Corporation
  533 S. Fremont Avenue, 9th Floor
5 Los Angeles, California 90071-1706
  Telephone: 213/488-4100
6 Telecopier: 213/488-4180

7 ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8 FOR THE CARPENTERS SOUTHWEST TRUSTS

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL STRATEGIES, INC., an Arizona corporation; KENNETH GOODMAN, an individual; also known as KENNETH BRUCE GOODMAN; TERESA GOODMAN, an individual, also known as TERESA ELLEN GOODMAN; GREGORY ANDERSON, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 16-01140 SVW(KSx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Before the Honorable<br>Stephen V. Wilson<br><br>DATE: July 11, 2016<br>TIME: 1:30 p.m.<br>CTRM: 6 |

    This case came for hearing on July 11, 2016 before the Honorable Stephen V. Wilson, United States District Court Judge.

////

It appearing that defendants, ENVIRONMENTAL STRATEGIES, INC., an Arizona corporation, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against ENVIRONMENTAL STRATEGIES, INC., an Arizona corporation:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $159,319.81 |
| 2 | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to July 11, 2016 (accruing at $30.55 per day) | 33,472.95 |
| 3. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 33,472.95 |
| 4. | Audit Fees | 8,887.87 |
| 5. | Attorneys' fees pursuant to Local Rule 55-3 | 7,387.38 |
| | GRAND TOTAL | $242,540.96 |

////

////

////

////

2

7. Costs of suit.
8. ~~Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum.~~
   Post-judgment interest at the statutory rate set by 28 U.S.C. s 1961.

DATED: July 15, 2016

*/s/ Stephen V. Wilson*
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation

By: */s/ Sean Gallagher*
SEAN GALLAGHER
Attorney for Plaintiffs

3

**PROOF OF SERVICE (By Mail)**
(USDC Case No. CV 16-01140 SVW(KSx))
(Carpenters v. Environmental Strategies, etc.,)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On July 15, 2016, I served a copy of the foregoing document, described as: **[PROPOSED] JUDGMENT**

**on defendant, addressed as follows**:

| | |
|---|---|
| Environmental Strategies, Inc. | **(courtesy copy)** |
| an Arizona corporation | Evan Thompson, Esq. |
| 423 South Olsen Avenue | Thompson•Krone, P.L.C. |
| Tucson, AZ  85719 | 4601 East Ft. Lowell Rd. Suite 109 |
| | Tucson, AZ  85712 |

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[X]   (BY DEPOSIT FOR COLLECTION) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on July 15, 2016, at Los Angeles, California.

[X]   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco